UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
MARIE RAYMOND REVOCABLE TRUST,  : Civil Action No. 08-CV-4152
on Behalf of Itself and All Others Similarly    :
Situated,                                                              : RULE 7.1 STATEMENT
                                                                            :
                  Plaintiff,                                    :
                                                                            :
   vs.                                                              :
                                                                            :
MAT FIVE LLC, CITIGROUP                               :
ALTERNATIVE INVESTMENTS LLC,             :
CITIGROUP FIXED INCOME                            :
ALTERNATIVES, CITIGROUP GLOBAL          :
MARKETS INC. and REAZ ISLAM,                 :
                  Defendants.                              :
---------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs (private non-governmental parties) certify that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: NONE.

DATED: May 1, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA JR.


/S/David A. Rosenfeld
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367.7100
631/367.1173 (fax)

Attorneys for Plaintiff