| Attorney or Party without Attorney: David A. Rosenfeld, Esq. Coughlin Stoia Geller Rudman & Robbins LLP 58 South Service Road, Suite 200 Melville, NY 11747 Telephone No: 631-367-7100  FAX No: 631-367-1173 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court - Southern District Of New York | |
| Plaintiff: Marie Raymond Revocable Trust, et al. | |
| Defendant: Mat Five LLC, et al. | |

| **AFFIDAVIT OF SERVICE** **Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number: 08CIV4152 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Class Action Complaint

3. a. Party served:      Mat Five LLC
   b. Person served:   Mary Drummond, Person Authorized to Accept Service

4. Address where the party was served:   Corporation Service Company
   2711 Centerville Road, Suite 400
   Wilmington, DE  19808

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., May. 08, 2008 (2) at: 11:18AM

7. Person Who Served Papers:
   a. Tom Lyle
   b. **Class Action Research &**
   Litigation Support Services, Inc.
   P O Box 740
   Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

   Fee for Service:
   I Declare under penalty of perjury under the laws of the State of Delaware that the foregoing is true and correct.

   MAY 1 5 2008       _Thomas Lyle_
   (Date)                   (Signature)

8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.

   My Commission Expires  11/24/11
                  (Date)

   _Dennis Schofield_
   (Notary Public)

   DENNIS SCHOFIELD
   NOTARY PUBLIC
   STATE OF DELAWARE
   My commission expires Nov. 24, 2011

AFFIDAVIT OF SERVICE
Summons & Complaint

daros.102977