| Attorney or Party without Attorney: David A. Rosenfeld, Esq. Coughlin Stoia Geller Rudman & Robbins LLP 58 South Service Road, Suite 200 Melville, NY 11747 Telephone No: 631-367-7100   FAX No: 631-367-1173 | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court - Southern District Of New York | | | | |
| Plaintiff: Marie Raymond Revocable Trust, et al. | | | | |
| Defendant: Mat Five LLC, et al. | | | | |
| **AFFIDAVIT OF SERVICE Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number: 08CIV4152 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Class Action Complaint

3. a. Party served:          Citigroup Fixed Income Alternatives
   b. Person served:         Claudia P. Munoz, Paralegal / Authorized to Accept Service

4. Address where the party was served:    Citigroup
                                          485 Lexington Avenue
                                          New York, NY 10017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., May. 13, 2008 (2) at: 1:07PM

7. **Person Who Served Papers:**
   a. Jason Agee
   b. **Class Action Research &** Litigation Support Services, Inc.
   P O Box 740
   Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

   05-15-08
   (Date)

   *Fee for Service:*
   I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

   (Signature)

MICHAEL KEATING
Notary Public, State of New York
Reg. No. 01-KE-4851559
Qualified in New York County
Commission Expires February 3, 20 10

8. **SUBSCRIBED AND SWORN** to me, a Notary Public in and for said County and State.

   My Commission Expires 02-03-10
                         (Date)

   AFFIDAVIT OF SERVICE
   Summons & Complaint                    (Notary Public)

   daros.102974