| | |
|---|---|
| *Attorney or Party without Attorney:*<br>David A. Rosenfeld, Esq.<br>Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>*Telephone No:* 631-367-7100  *FAX No:* 631-367-1173<br>*Ref. No. or File No.:*<br>*Attorney for:* Plaintiff | *For Court Use Only* |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court - Southern District Of New York

*Plaintiff:* Marie Raymond Revocable Trust, et al.
*Defendant:* Mat Five LLC, et al.

| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>08CIV4152 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Class Action Complaint

3. a. Party served:         Citigroup Alternative Investments LLC
   b. Person served:     Sattie Jairam, Person Authorized to Accept Legal Process

4. Address where the party was served:    C T Corporation
   111 Eighth Street
   New York, NY 10011

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., May. 08, 2008 (2) at: 2:20PM

7. **Person Who Served Papers:**
   a. Jason Agee
   b. **Class Action Research &**
      Litigation Support Services, Inc.
      P O Box 740
      Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

*Fee for Service:*
I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

05-15-08
(Date)                (Signature)

MICHAEL KEATING
Notary Public, State of New York
Reg. No. 01-KE-4851559
Qualified in New York County
Commission Expires February 3, 20 10

8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.

   My Commission Expires  02-03-10
                          (Date)

AFFIDAVIT OF SERVICE                (Notary Public)
Summons & Complaint                                         daros.102975