
| Attorney or Party without Attorney:<br>David A. Rosenfeld, Esq.<br>Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone No: 631-367-7100    FAX No: 631-367-1173 | For Court Use Only |
|---|---|
| *Ref. No. or File No.:* | |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
  United States District Court - Southern District Of New York

Plaintiff: Marie Raymond Revocable Trust, et al.

Defendant: Mat Five LLC, et al.

| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08CIV4152 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Class Action Complaint

3. a. Party served:  Citigroup Global Markets, Inc.
   b. Person served:  Marian Thibou-Kearney, Paralegal / Authorized to Accept Service

4. Address where the party was served:  485 Lexington Avenue
   New York, NY 10017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., May. 08, 2008 (2) at: 1:01PM

7. *Person Who Served Papers:*
   a. Bobby Ali
   b. **Class Action Research &**
      Litigation Support Services, Inc.
      P O Box 740
      Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

*Fee for Service:*
I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

05-15-08
(Date)

(Signature)

MICHAEL KEATING
Notary Public, State of New York
Reg. No. 01-KE-4851559
Qualified in New York County
Commission Expires February 3, 20 /0

8. **SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.**

My Commission Expires  02-03-10
                        (Date)

AFFIDAVIT OF SERVICE
Summons & Complaint

(Notary Public))

daros.102976