| | |
|---|---|
| *Attorney or Party without Attorney:*<br> David A. Rosenfeld, Esq.<br> Coughlin Stoia Geller Rudman<br> & Robbins LLP<br> 58 South Service Road, Suite 200<br> Melville, NY 11747<br>*Telephone No:* 631-367-7100        *FAX No:* 631-367-1173 | *For Court Use Only* |

| | |
|---|---|
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* |

*Insert name of Court, and Judicial District and Branch Court:*
  United States District Court - Southern District Of New York

*Plaintiff:* Marie Raymond Revocable Trust, et al.

*Defendant:* Mat Five LLC, et al.

| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>08CIV4152 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons in a Civil Case; Class Action Complaint

*3.  a. Party served:*                          Reaz Islam
     *b. Person served:*                       Reaz Islam, Personally

*4.  Address where the party was served:*      9805 70th Avenue
                                              Forest Hills, NY 11375

*5.  I served the party:*
     a.  **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of
         process for the party (1) on: Wed., May. 21, 2008 (2) at: 9:00PM

*7. Person Who Served Papers:*                      *Fee for Service:*
    a. Randy  Barona                           I Declare under penalty of perjury under the laws of the State of
    **b. Class Action Research &**              New York that the foregoing is true and correct.
       Litigation Support Services, Inc.
       P O Box 740
       Penryn, CA  95663                    05-22-08
    c. (866) 663-9590, FAX (866) 663-4955        *(Date)*              *(Signature)*

MICHAEL KEATING<br>Notary Public, State of New York<br>Reg. No. 01-KE-4851559<br>Qualified in New York County<br>Commission Expires February 3, 20 / 0

*8.  SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.*

  My Commission Expires  02-03-10
                           *(Date)*

        **AFFIDAVIT OF SERVICE**                          **(Notary Public)**              *daros.102978*
           **Summons & Complaint**