UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIE RAYMOND REVOCABLE TRUST, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MAT FIVE LLC, CITIGROUP ALTERNATIVE INVESTMENTS LLC, CITIGROUP FIXED INCOME ALTERNATIVES, CITIGROUP GLOBAL MARKETS INC. and REAZ ISLAM,<br><br>Defendants.. | Civil Action No. 08 CIV 4152 (NRB)<br><br><br><br>STIPULATION AND [PROPOSED] ORDER |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/08

WHEREAS, the complaint in the above-captioned action is governed by the provisions of the Private Securities Litigation Reform Act ("PSLRA");

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties herein, that:

(a) Paul, Weiss, Rifkind, Wharton & Garrison LLP is authorized to accept on behalf of Defendants MAT Five LLC, Citigroup Alternative Investments LLC, Citigroup Fixed Income Alternatives LLC, Citigroup Global Markets Inc., and Reaz Islam (collectively, "the defendants"), and hereby does accept, service of the summons and complaint in this action without prejudice;

(b) defendants hereby do not waive any defenses, objections or arguments except as to sufficiency of service of process;

(c) defendants shall not be required to answer or otherwise respond to, and are hereby expressly relieved from answering or otherwise responding to, the complaint in the above-captioned action;

(d) plaintiff shall have 60 days from the entry of the order pursuant to the PSLRA appointing Lead Plaintiff(s) and Lead Counsel to file a consolidated amended complaint (the "Complaint");

(e) the defendants' last day to move, answer or otherwise respond shall be extended to and including the date 60 days after the filing of the Complaint;

(f) in the event the defendants move to dismiss the Complaint:

1. plaintiff shall have 60 days from the date such motion is filed to file opposition papers; and

2. the defendants shall have 30 days from the date opposition papers are filed by plaintiff to file reply papers;

(g) pursuant to the applicable provisions of the PSLRA, all discovery shall be stayed until after the Court's ruling on any motion to dismiss unless the court finds upon the motion of any party that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party.

Dated: May 27, 2008
New York, New York

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP

By: _____
Charles E. Davidow
Michael E. Gertzman
Kristy M. Tillman
1285 Avenue of the Americas
New York, New York 10019-6064
Tel.: (212) 373-3000
Fax: (212) 757-3980
cdavidow@paulweiss.com
mgertzman@paulweiss.com
ktillman@paulweiss.com

*Attorneys for the Citigroup Defendants.*

2

ARKIN KAPLAN RICE LLP

By: _____
Sean R. O'Brien
590 Madison Avenue
35th Floor
New York, New York 10022
Tel.: (212) 333-0200
Fax: (212) 333-2350
sobrien@arkin-law.com

*Attorney for Reaz Islam*

COUGHLIN STOIA GELLER RUDMAN
& ROBBINS LLP

By: _____
David A. Rosenfeld
58 South Service Road
Suite 200
Melville, New York 11747
Tel.: (631) 367-7100
Fax: (631) 367-1173
drosenfeld@csgrr.com

*Attorneys for Plaintiff*

SO ORDERED: _____
U.S.D.J.
6/13/08

3