UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In MAT Five Securities Litigation*, | Master File No. 08-civ-4152 NRB<br>ECF Case<br><br>**CLASS ACTION**<br><br>**APPEARANCE** |
| THIS DOCUMENT RELATES TO:<br><br>*Alice Lillegard, et al. v. MAT Five LLC, et al.*,<br>Case No. 08 CIV 5641-UA | |

To The Clerk Of This Court And All Parties Of Record:

Please enter my appearance as counsel in this case for the Plaintiffs, Alice Lillegard and Robert Lillegard.

I certify that I am admitted to practice in this court.

Date: July 16, 2008

By: /s/ Beth Kaswan
BETH KASWAN (BK-0264)
SCOTT + SCOTT, LLP
29 West 57th Street, 14th Floor
New York, NY 10019
Tel: (212) 223-6444
Fax: (212) 223-6334
bkaswan@scott-scott.com