UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MAT FIVE SECURITIES LITIGATION | Civil Action No. 08 CIV 4152 NRB<br><br>**CLASS ACTION**<br><br>NOTICE OF MOTION TO ADMIT KIRK B. HULETT, BLAKE MUIR HARPER AND SARAH P. WEBER *PRO HAC VICE* |

PLEASE TAKE NOTICE that upon the annexed affidavit of Phillip Kim, the Declarations of Kirk B. Hulett, Blake Muir Harper, and Sarah P. Weber, and Certificate of Good Standing submitted in support of this motion, the undersigned will move this Court before the Honorable Judge Naomi R. Buchwald at the United States Courthouse for the Southern District of New York, pursuant to Local Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission Kirk B. Hulett and Blake Muir Harper, partners and Sarah P. Weber an associate at Hulett Harper Stewart LLP and members in good standing of the Bar of the State of California, as attorneys *pro hac vice* to argue or try this case in whole or in part as counsel. There are no pending disciplinary proceedings against Kirk B. Hulett, Blake Muir Harper, or Sarah P. Weber in any State or Federal Court.

DATED: 7/24/08
New York, NY

THE ROSEN LAW FIRM, P.A.
LAURENCE M. ROSEN (LR 5733)
PHILLIP KIM (PK 9384)

1

350 Fifth Avenue, Suite 5508
New York, NY 10118
Telephone: (212) 686-1060
Facsimile: (212) 202-3827

Liaison Counsel for Movant Michael J. Stone,
Trustee, FBO Michael Joel Stone Revocable Trust
Dated October 1999

HULETT HARPER STEWART LLP
KIRK B. HULETT (KBH 2281)
BLAKE MUIR HARPER (BMH 0479)
SARAH P. WEBER (SPW 9296)
550 West C Street, Suite 1600
San Diego, CA 92101
Telephone: (619) 338-1133
Facsimile: (619) 338-1139

Lead Counsel for Movant Michael J. Stone, Trustee,
FBO Michael Joel Stone Revocable Trust Dated
October 1999

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE MAT FIVE SECURITIES LITIGATION |
|---|

Civil Action No. 08 CIV 4152 NRB

<u>CLASS ACTION</u>

AFFIDAVIT OF PHILLIP KIM IN SUPPORT OF MOTION TO ADMIT BLAKE MUIR HARPER, KIRK B. HULETT, AND SARAH P. WEBER *PRO HAC VICE*

State of New York     )
                      ) ss:
County of New York    )

PHILLIP KIM, being duly sworn, hereby deposes and says as follows:

1. I am an attorney duly licensed to practice before Courts of the State of New York and the United States District Court of the Southern District of New York. I am a member in good standing of each the aforementioned Courts.

2. I am an attorney with the Rosen Law Firm, P.A., counsel for Plaintiffs in this action. I move this Court for the admission of Kirk B. Hulett, Blake Muir Harper, and Sarah P. Weber of Hulett Harper Stewart LLP *pro hac vice*, and in support thereof state:

3. Kirk B. Hulett is a member of Hulett Harper Stewart LLP, 550 West C Street, Suite 1600, San Diego, California 92101, Telephone: (619) 338-1133, Facsimile: (619)338-1139.

4. Blake Muir Harper is a member of Hulett Harper Stewart LLP, 550 West C Street, Suite 1600, San Diego, California 92101, Telephone: (619) 338-1133, Facsimile: (619)338-1139.

5. Sarah P. Weber is an associate at Hulett Harper Stewart LLP, 550 West C Street,

1

Suite 1600, San Diego, California 92101, Telephone: (619) 338-1133, Facsimile: (619)338-1139

6. They are members of the California Bar in good standing (see certificates of good standing).

7. They are not currently suspended or disbarred in any court.

8. They do not reside in the Southern District of New York, is not regularly employed in this District, and does not regularly engage in the practice of law in this District.

9. They have obtained and are familiar with the Local Rules of this Court.

10. Attached to this Affidavit are the Declarations of Kirk B. Hulett, Blake Muir Harper, and Sarah P. Weber and a proposed Order for each submitted for the Court's approval.

Phillip Kim (PK-9384)

Sworn to before me
July 24, 2008

T.W. BROWN
Notary Public, State of New York
No. 02BR6140981
Qualified in Queens County
Commission Expires 02/13/10

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MAT FIVE SECURITIES LITIGATION | Civil Action No. 08 CIV 4152 NRB <br><br> **CLASS ACTION** <br><br> DECLARATON OF BLAKE MUIR HARPER IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE |

I, BLAKE MUIR HARPER, declare as follows:

1. I am a partner with the Hulett Harper Stewart LLP. I submit this Declaration in support of the motion for my admission to practice *pro hac vice* in the above captioned matter.

2. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of California.

3. There are no pending disciplinary proceedings against me in any State or Federal court.

4. I am familiar with the Local Rules of this Court.

5. I do not live in the Southern District of New York, am not regularly employed in this District, and do not regularly engage in the practice of law in this District.

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted this 23 day of July 2008.

_____
BLAKE MUIR HARPER

1

# EXHIBIT A

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639     TELEPHONE: 888-800-3400

July 17, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, BLAKE M. HARPER, #115756 was admitted to the practice of law in this state by the Supreme Court of California on December 3, 1984; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE MAT FIVE SECURITIES LITIGATION | Civil Action No. 08 CIV 4152 NRB |
|---|---|

**CLASS ACTION**

**ORDER FOR ADMISSION *PRO HAC VICE* OF BLAKE MUIR HARPER ON WRITTEN MOTION**

Upon the Motion of Phillip Kim attorney for Michael Joel Stone Revocable Trust and Albeco, Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

    BLAKE MUIR HARPER
    HULETT HARPER STEWART LLP
    550 West C Street, Suite 1600
    San Diego, CA  92101
    Telephone:   (619) 338-1133
    Facsimile:    (619) 338-1139
    bmh@hulettharper.com

is admitted to practice *pro hac vice* as counsel for Michael Joel Stone Revocable Trust and Albeco, Inc. in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

DATED: _____
New York, New York

                                                _____
                                                HONORABLE JUDGE NAOMI R. BUCHWALD,
                                                UNITED STATES DISTRICT COURT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MAT FIVE SECURITIES LITIGATION | Civil Action No. 08 CIV 4152 NRB <br><br> <u>CLASS ACTION</u> <br><br> DECLARATON OF SARAH P. WEBER IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE |

I, SARAH P. WEBER, declare as follows:

1. I am an associate with the Hulett Harper Stewart LLP. I submit this Declaration in support of the motion for my admission to practice *pro hac vice* in the above captioned matter.

2. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of California.

3. There are no pending disciplinary proceedings against me in any State or Federal court.

4. I am familiar with the Local Rules of this Court.

5. I do not live in the Southern District of New York, am not regularly employed in this District, and do not regularly engage in the practice of law in this District.

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted this 23 day of July 2008.

_____
SARAH P. WEBER

1

# EXHIBIT A

**THE STATE BAR**
**OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639          TELEPHONE: 888-800-3400

July 17, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, SARAH PICKERAL WEBER, #239979 was admitted to the practice of law in this state by the Supreme Court of California on December 1, 2005; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE MAT FIVE SECURITIES LITIGATION | Civil Action No. 08 CIV 4152 NRB |
|---|---|

**CLASS ACTION**

ORDER FOR ADMISSION *PRO HAC VICE* OF SARAH P. WEBER ON WRITTEN MOTION

Upon the Motion of Phillip Kim attorney for Michael Joel Stone Revocable Trust and Albeco, Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

> SARAH P. WEBER
> HULETT HARPER STEWART LLP
> 550 West C Street, Suite 1600
> San Diego, CA 92101
> Telephone:   (619) 338-1133
> Facsimile:   (619) 338-1139
> sweber@hulettharper.com

is admitted to practice *pro hac vice* as counsel for Michael Joel Stone Revocable Trust and Albeco, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

DATED: _____
New York, New York

_____
HONORABLE JUDGE NAOMI R. BUCHWALD,
UNITED STATES DISTRICT COURT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE MAT FIVE SECURITIES LITIGATION | Civil Action No. 08 CIV 4152 NRB |
|---|---|

CLASS ACTION

DECLARATON OF KIRK B. HULETT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, KIRK B. HULETT, declare as follows:

1. I am a partner with the Hulett Harper Stewart LLP. I submit this Declaration in support of the motion for my admission to practice *pro hac vice* in the above captioned matter.

2. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of California.

3. There are no pending disciplinary proceedings against me in any State or Federal court.

4. I am familiar with the Local Rules of this Court.

5. I do not live in the Southern District of New York, am not regularly employed in this District, and do not regularly engage in the practice of law in this District.

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted this 25 day of July 2008.

_____
KIRK B. HULETT

1

# EXHIBIT A

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

July 17, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, KIRK BARTLETT HULETT, #110726 was admitted to the practice of law in this state by the Supreme Court of California on December 12, 1983; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MAT FIVE SECURITIES LITIGATION | Civil Action No. 08 CIV 4152 NRB<br><br>**CLASS ACTION**<br><br>**ORDER FOR ADMISSION *PRO HAC VICE* OF KIRK B. HULETT ON WRITTEN MOTION** |

Upon the Motion of Phillip Kim attorney for Michael Joel Stone Revocable Trust and Albeco, Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

>KIRK B. HULETT
>HULETT HARPER STEWART LLP
>550 West C Street, Suite 1600
>San Diego, CA  92101
>Telephone:    (619) 338-1133
>Facsimile:    (619) 338-1139
>kbh@hulettharper.com

is admitted to practice *pro hac vice* as counsel for Michael Joel Stone Revocable Trust and Albeco, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

DATED: _____
New York, New York

                                        HONORABLE JUDGE NAOMI R. BUCHWALD,
                                        UNITED STATES DISTRICT COURT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X :
: Case No.: 08-civ-4152 (NRB)
:
In re: MAT FIVE SECURITIES LITIGATION : **CERTIFICATE OF SERVICE**
:
------------------------------------------------------------X :

    The undersigned certifies and declares as follows:

    I am over the age of 18 and not a party to this action. My business address is 350 Fifth Avenue, Suite 5508, New York, New York, 10118, which is in the county where the mailing described below took place.

    On July 24, 2008, I served the within: (1) NOTICE OF MOTION TO ADMIT KIRK B. HUELETT, BLAKE MUIR HARPER AND SARAH P. WEBER *PRO HAC VICE*; (2) AFFIDAVIT OF PHILLIP KIM IN SUPPORT OF MOTION TO ADMIT BLAKE MUIR HARPER, KIRK B. HUELETT, AND SARAH P. WEBER *PRO HAC VICE*; (3) DECLARATION OF BLAKE MUIR HARPER IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE; (4) ORDER FOR ADMISSION PRO HAC VICE OF BLAKE MUIR HARPER ON WRITTEN MOTION; (5) DECLARATION OF SARAH P. WEBER IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE; (6) ORDER FOR ADMISSION PRO HAC VICE OF SARAH P. WEBER ON WRITTEN MOTION; (7) DECLARATION OF KIRK B. HUELETT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE; and (8) ORDER FOR ADMISSION PRO HAC VICE OF KIRK B. HUELETT ON WRITTEN MOTION, by U.S. mail on the parties identified in the attached service list. I placed a true and correct copy thereof in a sealed envelope addressed as set forth on the attached service list and caused such envelope, with first class postage thereupon fully prepaid, to be placed in the U.S. Mail at New York, New York, and certify that such envelope was placed for collection and mailing following ordinary business practices.

    I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

    Executed: July 24, 2008, in New York, New York.

_____
Nathan Huddell

# SERVICE LIST

Charles E. Davidow, Esq.
PAUL, WEISS, RIFKIN, WHARTON &
GARRISON LLP
1615 L Street, NW
Washington, DC 20036-5694

*Attorneys for defendants MAT Five LLC,
Citigroup Alternative Investments LLC,
Citigroup Fixed Income Alternatives, and
Citigroup Global Markets, Inc.*


Kirk B. Hulett, Esq.
Blake M. Harper, Esq.
Sarah P. Weber, Esq.
HULETT HARPER STEWART LLP
550 West C Street, Suite 1600
San Diego, CA 92101


*Lead Counsel for Plaintiffs*

Sean R. O'Brien
ARKIN KAPLAN RICE LLP
580 Madison Avenue, 35th Floor
New York, New York 10022

*Attorneys for defendant Reaz Islam*