USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE MAT FIVE SECURITIES LITIGATION

Civil Action No. 08 CIV 4152 NRB

**CLASS ACTION**

ORDER FOR ADMISSION *PRO HAC VICE* OF KIRK B. HULETT ON WRITTEN MOTION

Upon the Motion of Phillip Kim attorney for Michael Joel Stone Revocable Trust and Albeco, Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

>KIRK B. HULETT
>HULETT HARPER STEWART LLP
>550 West C Street, Suite 1600
>San Diego, CA 92101
>Telephone:   (619) 338-1133
>Facsimile:   (619) 338-1139
>kbh@hulettharper.com

is admitted to practice *pro hac vice* as counsel for Michael Joel Stone Revocable Trust and Albeco, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

DATED: August 4, 2008
New York, New York

_____
HONORABLE JUDGE NAOMI R. BUCHWALD,
UNITED STATES DISTRICT COURT JUDGE

1