

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
IN RE MAT FIVE SECURITIES          :     Master File No. 08-civ-4152 NRB
LITIGATION                          :     ECF Case
                                    :
                                    :     CLASS ACTION
                                    :
                                    :     ORDER FOR ADMISSION *PRO HAC VICE*
                                    :     ON WRITTEN MOTION
                                    :
---------------------------------------- x

Upon the motion of Beth Kaswan, attorney for Plaintiffs Alice Lillegard and Robert Lillegard and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

Christopher M. Burke
SCOTT + SCOTT, LLP
600 B Street, Suite 1500
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile: 619-233-0508
Email Address: cburke@scott-scott.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/08
```

is admitted to practice *pro hac vice* as counsel for Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: August 11, 2008
New York, NY

_____
United States District/Magistrate Judge