```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                   :   MEMORANDUM and
In re: MAT FIVE SECURITIES LITIGATION :   ORDER
                                   :
-----------------------------------X   08 Civ. 4152 (NRB)
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

     **WHEREAS** defendants filed a motion to dismiss on December 4, 2008; and

     **WHEREAS** all parties agree that the outcome of pending litigation in the Supreme Court of Delaware in a parallel case may moot this action; it is hereby

     **ORDERED** that defendants' motion to dismiss is denied without prejudice to renewal if the outcome of the pending Delaware litigation does not moot this case; and it is further

     **ORDERED** that defendants' time to answer or otherwise move is adjourned, <u>sine die</u>.

Dated:    New York, New York
           May 7, 2009

                                                NAOMI REICE BUCHWALD
                                                UNITED STATES DISTRICT JUDGE



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/09

A copy of the foregoing Order has been mailed on this date to the following:

<u>Liaison Counsel for Plaintiffs</u>
Laurence M. Rosen, Esq.
Phillip Kim, Esq.
The Rosen Law Firm, P.C.
350 Fifth Avenue
New York, NY 10118

<u>Lead Counsel for Plaintiffs</u>
Kirk B. Hullett, Esq.
Hullett Harper Stewart LLP
550 West C Street, Suite 1600
San Diego, CA 92101

<u>Counsel for Defendants</u>
Michael E. Gertzman, Esq.
Charles E. Davidow, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064