Case 1:08-cv-04152-NRB   Document 33   Filed 07/06/2009   Page 1 of 4



Buchwald

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/09

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

IN RE MAT FIVE SECURITIES
LITIGATION

---

Civil Action No. 08 CIV 4152 NRB
[Consolidated with:
Case No. 1:08-cv-05641-NRB]

<u>**CLASS ACTION**</u>

**STIPULATION OF VOLUNTARY**
**DISMISSAL**

WHEREAS, on May 1, 2008 plaintiff The Marie Raymond Revocable Trust filed the above caption case against Defendants MAT Five, LLC, Citigroup, Inc. Citigroup Global Markets, Citigroup Alternative Investments, Citigroup Fixed Income Alternatives and Reaz Islam;

WHEREAS, on July 9, 2008, the Court appointed The Michael Joel Stone Revocable Trust and Albeco, Inc. as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act;

WHEREAS, on October 2, 2008, the Lead Plaintiff filed a Consolidated Amended Class Action Complaint ("Complaint"), adding new Defendant MOF Five, LLC;

WHEREAS, on December 4, 2008, the Defendants filed a Motion to Dismiss the Complaint;

WHEREAS, on December 15, 2008, the Delaware Chancery Court approved a settlement of a parallel Class Action concerning MAT Five, which the vast majority of class members accepted;

WHEREAS, on or about March 17, 2009 the parties notified potential class members that the Plaintiff intended to voluntarily dismiss the case;

WHEREAS, on May 7, 2009, the Court denied the Defendants' Motion to Dismiss without prejudice and adjourned the Defendants' time to answer the Complaint pending the outcome of pending litigation in the Supreme Court of Delaware in a parallel case; and

WHEREAS, on June 19, 2009, the Supreme Court of Delaware approved the settlement of the parallel case;

WHEREAS, most of the MAT Five investors who opted out of the settlement of the Delaware action have brought individual arbitrations and there is no longer a need for a class action;

It is hereby stipulated and agreed, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and between Plaintiffs, The Michael Joel Stone Revocable Trust and Albeco Inc., and all Defendants who have appeared in this action, that:

1

Case 1:08-cv-04152-NRB   Document 33   Filed 07/06/2009   Page 3 of 4

This action is dismissed, in its entirety, without prejudice, with the parties to bear their own respective costs and attorneys' fees in this action and the litigation before the Supreme Court of Deleware.

IT IS SO STIPULATED:

DATED: 7/6/09
New York, NY

THE ROSEN LAW FIRM, P.A.
LAURENCE M. ROSEN (LR 5733)
PHILLIP KIM (PK 9384)

350 Fifth Avenue, Suite 5508
New York, NY 10118
Telephone:   (212) 686-1060
Facsimile:   (212) 202-3827

Liaison Counsel for Movant Michael J. Stone, Trustee, FBO Michael Joel Stone Revocable Trust Dated October 1999

HULETT HARPER STEWART LLP
KIRK B. HULETT (KBH 2281)
525 B Street, Suite 760
San Diego, CA 92101
Telephone:   (619) 338-1133
Facsimile:   (619) 338-1139

Lead Counsel for Movant Michael J. Stone, Trustee, FBO Michael Joel Stone Revocable Trust Dated October 1999

DATED: _____
New York, NY

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
CHARLES E. DAVIDOW
MICHAEL E. GERTZMAN
KRISTY M. TILLMAN

1285 Avenue of the Americas
New York, NY 10019
Telephone:   (212) 373-3000
Facsimile:   (212) 757-3980

Attorneys for Defendants MAT Five LLC, Municipal Opportunity Fund Five LLC, Citigroup Inc., Citigroup Global Markets Inc., Citigroup Alternative Investments LLC, and Citigroup Fixed Income Alternatives

DATED: 7/6/09
New York, NY

ARKIN KAPLAN RICE LLP
SEAN R. O'BRIEN
590 Madison Avenue, 35th Floor
New York, NY 10022
Telephone:   (212) 333-0200
Facsimile:   (212) 333-2350

Attorneys for Defendant Reaz Islam

2

This action is dismissed, in its entirety, without prejudice, with the parties to bear their own respective costs and attorneys' fees in this action and the litigation before the Supreme Court of Deleware.

IT IS SO STIPULATED:

DATED: _____
New York, NY

THE ROSEN LAW FIRM, P.A.
LAURENCE M. ROSEN (LR 5733)
PHILLIP KIM (PK 9384)

_____

350 Fifth Avenue, Suite 5508
New York, NY 10118
Telephone:   (212) 686-1060
Facsimile:   (212) 202-3827

Liaison Counsel for Movant Michael J. Stone, Trustee, FBO Michael Joel Stone Revocable Trust Dated October 1999

HULETT HARPER STEWART LLP
KIRK B. HULETT (KBH 2281)
525 B Street, Suite 760
San Diego, CA 92101
Telephone:   (619) 338-1133
Facsimile:   (619) 338-1139

Lead Counsel for Movant Michael J. Stone, Trustee, FBO Michael Joel Stone Revocable Trust Dated October 1999

DATED: July 2, 2009
New York, NY

PAUL, WEISS, RIFKIND, WHARTON &
  GARRISON LLP
CHARLES E. DAVIDOW
MICHAEL E. GERTZMAN
KRISTY M. TILLMAN

[signature]

1285 Avenue of the Americas
New York, NY 10019
Telephone:   (212) 373-3000
Facsimile:   (212) 757-3980

Attorneys for Defendants MAT Five LLC, Municipal Opportunity Fund Five LLC, Citigroup Inc., Citigroup Global Markets Inc., Citigroup Alternative Investments LLC, and Citigroup Fixed Income Alternatives

DATED: _____
New York, NY

_____

ARKIN KAPLAN RICE LLP
SEAN R. O'BRIEN
590 Madison Avenue, 35th Floor
New York, NY 10022
Telephone:   (212) 333-0200
Facsimile:   (212) 333-2350

Attorneys for Defendant Reaz Islam

SO ORDERED:

[signature]
U.S.D.J.   7/7/09

2